UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAMON BUCIO-CARRILLO, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 12-208 JVS (AJW) |
| | ) | |
| v. | ) | |
| | ) | ORDER ACCEPTING REPORT AND |
| UNITED STATES OF AMERICA, et al., | ) | RECOMMENDATION OF |
| | ) | MAGISTRATE JUDGE |
| | ) | |
| Respondents. | ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), Supplemental Report and Recommendation and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: April 19, 2012

_____
James V. Selna
United States District Judge