UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMON BUCIO-CARRILLO, | ) |
| Petitioner, | ) Case No. CV 12-208-JVS (AJW) |
| v. | ) |
| | ) JUDGMENT |
| UNITED STATES OF AMERICA, ATTORNEY GENERAL, ERIC H. HOLDER, JR., | ) |
| Respondents. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: April 19, 2012

_____
James V. Selna
United States District Judge